**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

WEATHERPROOFING TECHNOLOGIES, INC.                  )
                                                                                             )
                                              Plaintiff,                                  )          Case No. 13-cv-829
                                                                                             )
                      v.                                                                    )
                                                                                             )
ALACRAN CONTRACTING, LLC,                              )
                                                                                             )
                                              Defendant.                                )
                                                                                             )

**PLAINTIFF'S
NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Joshua D. Lee of the firm Schiff Hardin LLP is hereby

withdrawn from representing Plaintiff Weatherproofing Technologies, Inc. ("WTI") in this

action.  WTI will continue to be represented by the undersigned counsel, Michael J. Hanahan and

Alexandra L. Rieck of Schiff Hardin LLP, who have already filed appearances in this matter as

counsel for WTI.


Dated:  December 3, 2013


                                                                     Respectfully submitted,


*/s/ Michael J. Hanahan*                                      */s/ Joshua D. Lee*
Michael J. Hanahan                                              Joshua D. Lee
Alexandra L. Rieck                                               Schiff Hardin LLP
Schiff Hardin LLP                                                233 S. Wacker Drive
233 S. Wacker Drive                                            Suite 6600
Suite 6600                                                          Chicago, IL 60606
Chicago, IL 60606                                               (312) 258-5500
(312) 258-5500                                                   jdlee@schiffhardin.com
mhanahan@schiffhardin.com
arieck@schiffhardin.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, I electronically filed **PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL** via CM/ECF which will send notification of filing to counsel of record, and, in accordance with this Court's rules, I hereby certify that I will send notification of such filing to counsel for the Defendant, who has not yet appeared in this case, at the time that we serve the Complaint on the Defendant.

*/s/ Alexandra L. Rieck*
Michael J. Hanahan
Alexandra L. Rieck
Schiff Hardin LLP
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500
mhanahan@schiffhardin.com
arieck@schiffhardin.com
*Attorneys for Plaintiff*

33951-0016
CH2\13893249.1

-2-